**Order entered October 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00854-CV

### SONIA M. CASTILLO, Appellant

### V.

### BRANCH BANKING & TRUST COMPANY, SUCCESSOR-IN-INTEREST TO COLONIAL BANK, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16153**

## ORDER

Before the Court is appellant's September 30, 2019 second motion to extend the time to file her brief on the merits. We **GRANT** the motion and extend the time to November 13, 2019. We caution appellant that further extension requests will be disfavored

/s/    ERIN A. NOWELL
JUSTICE